UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00361-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PHILLIP GUILFORD,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's letter to the court regarding a sentencing hearing. Review of the pleadings reveals that defendant is represented by counsel. Any concerns defendant has must be addressed to his attorney as the Local Criminal Rules limit consideration of pro se requests from represented parties to very narrow circumstances, none of which have been shown in the instant letter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent the letter (#22) seeks relief from the court, such relief is denied.

Signed: December 30, 2013

Max O. Cogburn Jr.
United States District Judge